NUMBER 13-01-661-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


VALLEY NISSAN, INC. , Appellant,


v.



PEDRO TORRES , Appellee.

____________________________________________________________________


On appeal from the 107th District Court

of Cameron County, Texas.

____________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



Appellant, VALLEY NISSAN, INC. , perfected an appeal from a judgment entered by the 107th District Court of Cameron
County, Texas, in cause number 99-12-05075-A . After the notice of appeal was filed, appellant filed a motion to dismiss
the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 15th day of November, 2001 .